UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| WELLS PETTIBONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:18-CV-00025-NCC ) |
| TJX COMPANIES, INC., | ) ) |
| Defendant. | ) |

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Stipulation for Dismissal filed on the record as a Notice of Voluntary Dismissal (Doc. 114).  Plaintiff seeks dismissal of this action with prejudice in light of the parties' settlement (*Id.*).  Under Federal Rules of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared.  While the current filing does not fulfil either prong of this rule, the Court will construe Plaintiff's Stipulation for Dismissal as a Motion to Dismiss the action and grant it for good cause shown under Federal Rule of Civil Procedure 41(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (Doc. 114) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED, with prejudice**.

Dated this 8th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Noelle C. Collins
　　　　　　　　　　　　　　　　　　　　　　　NOELLE C. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE